UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Candice Petry,<br><br>      Plaintiff,<br> v.<br><br>GC Services, L.P.,<br><br>      Defendant. | Civil Action No.:  3:16-cv-00086 |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

 Candice Petry ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 12, 2016

                Respectfully submitted,

                By /s/ Jenny DeFrancisco

                Jenny DeFrancisco, Esq.
                Bar No.: 432383
                LEMBERG LAW, L.L.C.
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                E-mail: jdefrancisco@lemberglaw.com
                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By   /s/ Jenny DeFrancisco

                                           Jenny DeFrancisco